COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         In the Interest of J.K.R., a Child

Appellate case number:     01-22-00111-CV

Trial court case number:    18-DCV-255136

Trial court:                         387th District Court of Fort Bend County

On February 17, 2022, appellant, Cory Lee Hale, filed a notice of appeal from the trial court's November 5, 2021 order in Suit for Modification of Support Order.  Generally, a notice of appeal must be filed within thirty days after the entry of judgment.  *See* TEX. R. APP. P. 26.1.  However, where a party timely files certain post-judgment motions, including a motion for new trial, the deadline to file a notice of appeal is extended to ninety days after entry of judgment.  *See* TEX. R. APP. P. 26.1(a)(1).  Post-judgment motions generally must be filed within thirty days after the judgment or other order complained of is signed. *See* TEX. R. CIV. P. 329b(a), (g).

Here, appellant timely filed a motion for new trial in the trial court.  Accordingly, any notice of appeal for the trial court's November 5, 2021 order was due on or before February 3, 2022.  However, the time within which to file a notice of appeal may be enlarged if, within fifteen days after the deadline for filing the notice of appeal, the party files a notice of appeal in the trial court, and a motion for extension of time complying with Rule 10.5(b) of the Texas Rules of Appellate Procedure in the appellate court.  *See* TEX. R. APP. P. 26.3.  With this extension, any notice of appeal, and motion for extension of time to file a notice of appeal, was due on or before February 18, 2022.

Appellant filed his notice of appeal in the trial court on February 17, 2022.  Also on February 17, 2022, appellant filed, in this Court, a "Motion to Extend Time for Filing Notice of Appeal."  Because appellant filed his notice of appeal and motion for extension of time to file its notice of appeal within fifteen days of the deadline for filing a notice of appeal, appellant's motion for extension of time to file his notice of appeal is **granted**.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____

                    ☑ Acting individually    ☐ Acting for the Court

Date: __March 1, 2022_____